IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHARLES L. STRINGER and ELSIE
PATRICIA STRINGER**  **PLAINTIFFS**

VS.  **CIVIL ACTION NO. 3:06CV223WA**

**KATHY B. FUNCHESS, GENEVA LINDSEY,
LENGELL WILLIAMS, TAMMIE MACK,
REGINA LAURY LORRAINE STEPHENS,
UNKNOWN OR, UNKNOWN APXICIL,
DONALD TAYLOR, CHARLES BARBOUR,
DOUGLAS ANDERSON, GEORGE SMITH,
PEGGY HOBSON CALHOUN, RONNIE
CHAPPELL, CITY OF JACKSON, SIDNEY
JOHNSON and CHARLES T. DAVIS**  **DEFENDANTS**

## ORDER

This matter came before the court on the Motion to Proceed *in Forma Pauperis* that was filed by one of the Plaintiffs, Charles L. Stringer. The court has reviewed the Motion and finds that it cannot be considered at this time, as incomplete information has been furnished to the court. The Complaint is based, primarily, upon difficulties that the other Plaintiff, Elsie Patricia Stringer, has encountered in seeking to have her utility bills paid by the Hinds County Department of Human Services. Elsie Patricia Stringer is apparently Charles Stringer's mother, and they occupy the same household. In order for this matter to proceed without the payment of a filing fee, the court must review the financial status of both Plaintiffs. *Adkins v. E. I. DuPont de Nemours & Co.*, 335 U.S. 331, 340 (1948) (holding that one claimant who was financially able to pay a filing fee for an appeal could not "demand the benefits of an appeal perfected by another claimant under the in forma pauperis statute.") Furthermore, even if Charles Stringer were the only Plaintiff, the court is entitled to review the assets of other members of his household who provide him with the necessities of life.

*Akkaraju v. Ashcroft*, No. 03C6447, 2003 WL 22232969 (N.D. Ill. Sept. 26, 2003); *Monti v. McKeon*, 600 F. Supp. 112 (D. Conn. 1984).

    IT IS, THEREFORE, ORDERED that Plaintiff Elsie Patricia Stringer provide an Application for *in Forma Pauperis* status on or before April 16, 2007.

    IT IS SO ORDERED, this the 19th day of March, 2007.

                                                    S/Linda R. Anderson
                                        UNITED STATES MAGISTRATE JUDGE