**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| CHARLES LAVEL STRINGER and ELSIE PATRICIA STRINGER | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:06-cv-223WS |
| KATHY B. FUNCHESS, ET AL. | DEFENDANTS |

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that this action be dismissed as frivolous.  The above-styled and numbered cause is dismissed.

**SO ORDERED, THIS THE 29th day of June, 2007.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**